**Luis A. Canales SANCHEZ, Plaintiff–Appellant,**

v.

**HARRIS, Correction Officer, # 1261, Holmes, Captain, # 295, Defendants–Appellees.**

No. 11–5333.

United States Court of Appeals, Second Circuit.

Jan. 30, 2013.

Luis A. Canales Sanchez, pro se, Attica, NY.

Ronald E. Sternberg, Of Counsel, Corporation Counsel of the City of New York (Michael A. Cardozo, Corporation Counsel, Leonard Koerner, Of Counsel, on the brief), New York, NY, for Appellees.

PRESENT: RALPH K. WINTER, ROSEMARY S. POOLER and DENNY CHIN, Circuit Judges.

### SUMMARY ORDER

Appellant Luis A. Canales Sanchez, proceeding *pro se*, appeals from the district court's judgment entered on December 15, 2011, following an order adopting Magistrate Judge Michael H. Dolinger's August 5, 2011 report and recommendation and granting the motion of Appellees Correction Officer Harris and Captain Holmes to enforce an oral settlement agreement as to Canales Sanchez's action, filed pursuant to 42 U.S.C. § 1983. We assume the parties' familiarity with the underlying facts, the procedural history of the case, and the issues on appeal.

This Court reviews decisions on whether a settlement is binding *de novo* as to legal conclusions, and for clear error as to factual determinations. *See Ciaramella v. Reader's Digest Ass'n, Inc.,* 131 F.3d 320, 322 (2d Cir.1997). After an independent review of the record and relevant case law, we affirm for substantially the reasons stated in Magistrate Judge Dolinger's thorough report and recommendation.

We have considered all of Canales Sanchez's arguments and find them to be with-out merit. Accordingly, the judgment of the district court is hereby **AFFIRMED.**